IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

SICORY LOCKETT

VS.                                                     CIVIL ACTION NO. 2:06cv103-KS-MTP

UNIVERSITY OF SOUTHERN UNIVERSITY

## ORDER

This cause came on this date to be heard upon the Proposed Report and Recommendation of the United States Magistrate Judge entered herein on January 5, 2007, after referral of hearing by this Court, no objections having been filed as to the Proposed Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Proposed Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Proposed Report and Recommendation be, and the same hereby is, adopted as finding of this Court, and the Complaint is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 18th day of January, 2007.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE